AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| v. | ) |
|   | ) Case No: 20 mj 709 |
| Ashley Justine PANDER | ) |
|   | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of February 25, 2020 in the county of Luna in the State and District of New Mexico, the defendant violated 8 U.S.C. §1324(a)(1)(A)(v)(I)(Conspiracy to Violate 1324 - All subsections), an offense described as follows:

Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise

This criminal complaint is based on these facts:
On February 25, 2020, at approximately 6:30P.M., United States Border Patrol Agents(BPA) assigned to the Deming Border Patrol Station's Area of Responsibilities west of the Columbus, New Mexico Port of Entry(POE) were notified by Deming Control Station Remote Video Surveillance System (RVSS), operators, via service radio that they had observed five subjects cross the US/Mexico international boundary . Deming RVSS advised that the subjects were running to the Columbus Port of Entry parking lot.
As the BPAs responded to the area, they witnessed the five subjects that Deming RVSS had visual of attempting to jump in the back seat of a black 2020 pickup truck.

☒ Continued on the attached sheet.

_____
Complainant's signature

Aaron Quinn  Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: February 27, 2020

_____
Judge's signature

City and state: Las Cruces, N.M.

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
Printed name and title

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Ashley Justine PANDER

**Continuation of Statement of Facts:**

BPAs identified themselves as Border Patrol Agents and began to question the subjects as to their citizenship and right to be in the United States legally. The driver of the vehicle, later identified as Ashley Justine PANDER, stated she was a United States Citizen.. I then questioned the five subjects as to their citizenship in the English language, all five subjects did not answer as it appeared they did not speak English. I then questioned the five subjects individually as to their citizenship in the Spanish language, all five subjects admitted to being Mexican Nationals and to not having any immigration documents that would allow them to be in, travel through or remain in the United States legally. All five subjects also admitted to entering the United States illegally at a place other than a designated port of entry.

Though not verbatim, PANDER made the following post-Miranda Statement regarding her involvement on the failed alien smuggling scheme.
PANDER stated that on February 24, 2020, she was offered a job involving the transportation of illegal aliens. The details of the smuggling scheme involved picking up a group of aliens near the Columbus, NM POE parking lot and then transporting them to a house in Columbus, NM. PANDER also stated that on she rented a vehicle in Las Cruces, NM with the intention of using the rental vehicle to transport the illegal aliens. PANDER stated that she arrived in Columbus, NM and then drove to the POE parking lot for the purpose of picking an unknown number of illegal aliens. PANDER also stated that she expected to be financially compensated for the job. PANDER additionally stated she has picked up illegal aliens approximately ten (10) to twelve (12) additional times.

DISPOSITION:
1.  Based on the aforementioned facts, your Affiant believes that there is probable cause to believe that Ashley Justine PANDER, along with others known and unknown did violate Title 8 United States Code, Section 1324 (a)(A)(v)(I)
2.  AUSA Aaron Jordan was presented the case for prosecution. The case was accepted based on the aforementioned facts Ashley Justine PANDER will be charged under 8 USC 1324 (conspiracy to transport).
There are no Material Witness' being used in this case.

Quinn, Aaron
Border Patrol Agent

HONORABLE    Gregory J. Fouratt
United States Magistrate Judge